IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REX A. BUZBEE,
    Petitioner,

vs.                                      CASE NO. 4:05cv468-SPM/WCS

JAMES CROSBY, JR.,
    Respondent.
_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated December 26, 2006 (doc. 13). Petitioner has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 13) is adopted and incorporated by reference in this order.

2.    The motion to dismiss (doc. 8) is granted, and the § 2254 petition is dismissed as untimely.

DONE AND ORDERED this 1st day of February, 2007.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge